[No. 3685-II. Division Two. April 23, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL RALPH LOWTHER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 52807, Arthur W. Verharen, J., entered September 19, 1978. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie and Petrich, JJ.